```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F03-0038--CV (RRB)
            "MERDES & MERDES PC V SAMUEL DEMIENTIEFF"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/20/03
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (190) Other contract actions

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | MERDES & MERDES PC | Ward M. Merdes<br>Merdes & Merdes PC<br>POB 71309<br>Fairbanks, AK 99707<br>907-452-5400<br>FAX 907-452-8879 |
| DEF 1.1 | DEMIENTIEFF, SAMUEL | Mark Andrews<br>Tanana Chiefs Conference<br>122 1st Avenue, Suite 600<br>Fairbanks, AK 99701<br>907-452-8251<br>FAX 907-459-3953 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F03-0038--CV (RRB)
            "MERDES & MERDES PC V SAMUEL DEMIENTIEFF"

                       For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/20/03
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

   Nature of Suit: (190) Other contract actions

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by: Jury
```

```
Document #   Filed      Docket text

    1 -   1  11/20/03   Complaint filed; Summons issued.

    2 -   1  11/20/03   PLF 1 Service List.

    3 -   1  12/15/03   DEF 1 motion to Dismiss Complaint.

    4 -   1  12/22/03   PLF 1 opposition to DEF 1 motion to Dismiss Complaint (3-1).

    5 -   1  12/31/03   PLF 1 reply to opposition to DEF 1 motion to Dismiss Complaint (3-1).

    6 -   1  03/08/04   RRB Order denying motion to Dismiss Complaint (3-1). cc: cnsl

    7 -   1  03/24/04   DEF 1 motion to Stay Proceedings for 30 days w/certificate of service
                        attached.

    8 -   1  03/25/04   PLF 1 opposition to DEF 1 motion to Stay Proceedings for 30 days (7-1).

    9 -   1  04/06/04   DEF 1 Answer to Complaint.

   10 -   1  04/07/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this order. cc: cnsl

   11 -   1  04/08/04   RRB Minute Order granting motion to Stay Proceedings for 30 days (7-1).
                        This matter is stayed until 5/10/04 at which time it shall proceed in
                        due course.  cc: cnsl

   12 -   1  04/08/04   PLF 1 Jury Demand.

   13 -   1  05/11/04   PLF 1 Report re: parties FRCP 26(f) planning meeting of 4/23/04.

   14 -   1  05/20/04   RRB Minute Order setting an S&P Conference for 06/01/04 at 8:30 a.m. in
                        Fairbanks, Alaska.  cc: cnsl

   15 -   1  05/27/04   RRB Minute Order that scheduling conf set for 06/01/04 is rescheduled to
                        06/18/04 at 9:30 a.m. telephonically; parties to contact case manager to
                        make arrangements. cc: cnsl
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE F03-0038--CV (RRB)
              "MERDES & MERDES PC V SAMUEL DEMIENTIEFF"

                         For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 06/18/04 | RRB Court Minutes [ECR: Caroline Edmiston] S&P conf held 6/18/04. Court adopts parties proposed scheduling and planning order.  cc: cnsl |
| 17 - 1 | 06/29/04 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 11/08/04; Dispositive motions deadline 12/10/04; Estimate of trial 5 days. cc: cnsl |
| 18 - 1 | 10/12/04 | PLF 1 Witness List. |
| 19 - 1 | 12/17/04 | PLF 1; DEF 1 Stipulation for stay of proceedings, vacation of pretrial order and a hearing to be set in 6 months. |
| 19 - 2 | 01/21/05 | RRB Order granting stipulation for stay of proceedings, vacation of pretrial order (19-1). cc: cnsl |
| 20 - 1 | 06/30/05 | PLF 1; DEF 1 Stipulation requesting status hearing of 7-8-05 be rescheduled for following week. |
| 20 - 2 | 07/06/05 | RRB Order granting Stipulation requesting status hearing of 7-8-05 be rescheduled for August 5, 2005 at 10:00 a.m. in Fairbanks (20-1). |
| 21 - 1 | 08/05/05 | RRB Court Minutes [ECR: Jennifer Roberts] Status conference held 8-5-05. Court and counsel heard and agreed regarding scheduling a status conference in six months. Court advised it will do notice regarding date of conference. cc: cnsl |
| 22 - 1 | 08/12/05 | RRB Minute Order setting status hearing for Friday, January 6, 2006 at 9:00 a.m. in Fairbanks.  cc: cnsl |
| 23 - 1 | 09/30/05 | DEF 1 motion and memorandum for substitution of counsel. |
| 24 - 1 | 09/30/05 | DEF 1 Attorney Substitution, and entry of appearance by Mark Andrews for defendant. |
| 25 - 1 | 10/06/05 | RRB Order granting motion for substitution of counsel (23-1). |