**FILED**

DEC 3 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

_____Deputy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>MERDES</u>   v.   <u>DEMIENTIEFF</u>

DATE: __December 30, 2005__    CASE NO. __F03-0038 CV (RRB)__

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

The status hearing scheduled for January 6, 2006, is **rescheduled** and will be held on **Friday, January 13, 2006, at 9:00 a.m.**, in Fairbanks, Alaska.

F03-0038--CV (RRB)
W. MERDES
M. ANDREWS

M.O. RESCHEDULING HEARING