MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

 MERDES & MERDES PC            vs.   SAMUEL DEMIENTIEFF

BEFORE THE HONORABLE RALPH R BEISTLINE  CASE NO.4:03-cv-0038-RRB

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

APPEARANCES:   PLAINTIFF: WARD MERDES

              DEFENDANT: MARK ANDREWS

PROCEEDINGS: STATUS CONFERENCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 at 8:57 a.m. court convened.


Court and counsel heard re case status.

Status hearing set for July 13,2006 at 9:00 a.m. in Fairbanks.
Parties to file a stipulation or dismissal if agreement is
reached.


at 9:00 a.m. court adjourned.


DATE: 01/13/06 DEPUTY CLERK'S INITIALS: tg