UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  MERDES  </u>  v.  <u>  DEMIENTIEFF  </u>

DATE:  <u>  May 1, 2006  </u>    CASE NO.  <u>  4:03-CV-0038-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

Due to a judicial scheduling conflict, the status hearing scheduled in this matter for July 13, 2006, is **rescheduled** and will be held telephonically on **Friday, July 7, 2006, at 11:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.  Parties and counsel are to contact Carolyn Bollman (907-451-5791) to make telephonic arrangements.

M.O. RESCHEDULING HEARING