Ward Merdes
Merdes & Merdes, PC
P.O. Box 71309
Fairbanks AK 99707
Telephone (907) 452-5400
Fax: (907) 452-8879
e-mail: ward@merdes.com
Attorney for Plaintiff, pro se

Mark Andrews, Esq.
Tanana Chiefs Conference
122 First Avenue Ste 600
Fairbanks AK 99701
Telephone: (907) 452-8251, ext 3177
Fax: (907) 459-3953
e-mail: mark.andrews@tananachiefs.org
Attorney for Samuel Demientieff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Merdes & Merdes, P.C.,
An Alaskan Professional
Corporation,

    Plaintiff,

Vs.

Samuel Demientieff,

    Defendant
_____/ Case No. 4:03-CV-00038 RRB

STIPULATION AND ORDER OF DISMISSAL

The plaintiff, Merdes & Merdes, P.C., and defendant Samuel Demientieff, have agreed to settle all claims in this action. At the hearing of July 7, 2006, the parties so advised the District Court.

The parties consent to dismissal of the Complaint and all claims and counterclaims which each party has raised, or which each party might have raised; this dismissal is with prejudice, with each side to bear its own attorney fees and costs.

FOR THE PLAINTIFF:

_____    07/07/06
Ward Merdes, Esq.                     Date

FOR THE DEFENDANT:

_____    07/07/2006
Mark Andrews, Esq.  ABA # 8111069    Date

**SO ORDERED:**

_____
RALPH R. BEISTLINE
United States District Court Judge

_____
Date

Tanana Chiefs Conference
122 First Avenue, Suite 600
Fairbanks, AK 99701
Tel: 907.452.8251
Fax: 907.459.3953

Merdes & Merdes v Demientieff
Stipulation of Dismissal
- 2 -